Cyrus KHABIRI, Plaintiff–Appellant,

v.

G. Kennedy THOMPSON; Northern Neck Chevrolet–Pontiac; Kenn Thompson; Wachovia; First Union Corporation, Defendants–Appellees.

No. 02–1395.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 26, 2002.

Decided Sept. 23, 2002.

Cyrus Khabiri, Appellant Pro Se. Paul Wilbur Jacobs, II, Rowland Braxton Hill, IV, Christian & Barton, Richmond, Virginia; Gary Robert Reinhardt, Wayne Barry Montgomery, Kalbaugh, Pfund & Messersmith, P.C., Richmond, Virginia, for Appellees.

Before NIEMEYER, LUTTIG, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Cyrus Khabiri appeals from the district court's order dismissing his civil tort action for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). We have reviewed the district court's opinion and find no reversible error.* Accordingly, we affirm on the reasoning of the district court. *See Khabiri v. Thompson,* No. CA–01–660–3 (E.D.Va. Feb. 19, 2002). We deny Khabiri's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* On appeal, Khabiri asserts for the first time that one or more of the defendants committed odometer fraud. While federal courts possess jurisdiction to entertain such claims, *see* 49 U.S.C. § 32710 (1994), Khabiri may not litigate on appeal a claim he failed to raise in the district court. Accordingly, we decline to consider Khabiri's assertion of odometer fraud.